UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION


LEONARD GEORGE GOOCH,      )
      ID # 1826609,         )
         Petitioner,     )
                        )      CIVIL ACTION NO.
VS.                     )
                        )      3:16-CV-2666-G (BH)
LORIE DAVIS, Director, Texas     )
Department of Criminal Justice,   )
Correctional Institutions Division,   )
         Respondent.     )


## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE


      After reviewing all relevant matters of record in this case, including the

findings, conclusions, and recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of

the opinion that the findings and conclusions of the magistrate judge are correct and

they are accepted as the findings and conclusions of the court.  For the reasons stated

in the findings, conclusions, and recommendation of the United States Magistrate

Judge, the petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**

with prejudice.

      In accordance with FED. R. APP. P. 22(b) and 28 U.S.C. § 2253(c) and after

considering the record in this case and the recommendation of the magistrate judge,

petitioner is **DENIED** a certificate of appealability.  The court adopts and incorporates by reference the magistrate judge's findings, conclusions and recommendation in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

August 21, 2018.


A. JOE FISH
**Senior United States District Judge**